JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Yolanda Donoho,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:22-cv-02073-JCM-EJY<br><br>**Stipulation and Order to Extend Time to File a Response**<br>**(First Request)** |

　　　Plaintiff Yolanda Donoho and Defendant United States of America, through undersigned counsel, hereby submit this stipulation to extend the date for Plaintiff to file a First Amended Complaint ("the amended complaint") and for Defendant to file and serve a responsive pleading to the amended complaint.

　　　The current deadline for the United States to respond to the Plaintiff's Complaint is April 17, 2023.

　　　The parties, through undersigned counsel, agree and stipulate that the Plaintiff will have until May 3, 2023 to amend her complaint.

　　　The parties stipulate and request that the Court approve a 30-days extension, from May 3, 2023 to June 2, 2023, for the United States of America to file a response to the amended complaint. This is the first request for an extension of time.

1  Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to the Plaintiff's First Amended Complaint to **June 2, 2023**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 12th day of April 2023.

| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joseph F. Schmitt*<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for United States* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

DATED: April 12, 2023