JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Yolanda Donoho, individually,<br><br>       Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>       Defendant. | Case No. 2:22-cv-02073-JCM-EJY<br><br>**Stipulation and Order to Extend Time for the United States to Reply in support of its Motion to Strike Plaintiff's Experts [ECF No. 16]**<br><br>**(First Request)** |

      Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension from September 10, 2024, to October 18, 2024, of the deadline for the United States to file a reply in support of its Motion to Strike Plaintiff's Experts [ECF No. 16]. The parties have recent started settlement negotiations and need the additional time to try to settle this case without further motion work. Accordingly, the parties, through counsel, respectfully request an extension of the United States's time to reply to **October 18, 2024**.

      This is the first request to extend the United States's time to reply in support of its Motion to Strike Plaintiff's Experts [ECF No. 16]. This stipulation is submitted in good faith and not for purpose of undue delay.

///
///
///
///
///

Respectfully submitted this 6th day of September 2024.

| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joseph F. Schmitt*<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 9, 2024

2