JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Yolanda Donoho, individually,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:22-cv-02073-JCM-EJY<br><br>**Stipulation and Order to<br><u>Extend Joint Pre Trial Order Deadline</u><br>(Fourth Request)** |

    Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Yolanda Donoho and Defendant United States of American (collectively, "the parties") hereby agree and stipulate to extend the deadline to file the joint pretrial order by 30 days, from December 20, 2024, to **January 20, 2025**. This is the fourth request for an extension of the joint pre-trial order deadline. This request for an extension of time is not sought for any improper purpose including delay.

    Discovery closed in this matter on August 19, 2024. ECF No. 15. The joint pretrial order is currently due on December 20, 2024. However, due to the parties' ongoing exploration of potential settlement, the parties in good faith request a 30-day extension of the joint pre-trial order deadline to try to resolve the case without further litigation. The parties thus stipulate to extend the deadline for the joint pretrial order to January 20, 2025.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 5th day of December 2024.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| */s/Joseph F. Schmitt*<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 5, 2024