JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Yolanda Donoho, individually,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:22-cv-02073-JCM-EJY<br><br>**Stipulation and Order to<br><u>Extend Joint Pre Trial Order Deadline</u><br>(Fifth Request)** |

    Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Yolanda Donoho and Defendant United States of American (collectively, "the parties") hereby agree and stipulate to extend the deadline to file the joint pretrial order by 45 days, from January 20, 2025, to **March 7, 2025**. This is the fifth and <u>final</u> request for an extension of the joint pre-trial order deadline. This request for an extension of time is not sought for any improper purpose including delay.

    Discovery closed in this matter on August 19, 2024. ECF No. 15. The joint pretrial order is currently due on January 20, 2025. However, due to the parties' continued work to get this case resolved via a potential settlement, and the current change of administration which will impact the approval of settlements, the parties in good faith request a 45-day extension of the joint pre-trial order deadline to try to resolve the case without further litigation.

/ / /

/ / /

This will be the final request for an extension regarding an extension to file a joint pre-trial order. The parties thus stipulate to extend the deadline for the joint pretrial order to March 7, 2025.

Respectfully submitted this 16th day of January 2025.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| /s/Joseph F. Schmitt<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT / MAGISTRATE JUDGE**

DATED: January 16, 2025