JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Yolanda Donoho, individually,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　Defendant. | Case No. 2:22-cv-02073-JCM-EJY<br><br>**Stipulation and Order to<br>Extend Joint Pre Trial Order Deadline<br>(Sixth Request)** |

　　　Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Yolanda Donoho and Defendant United States of American (collectively, "the parties") hereby agree and stipulate to extend the deadline to file the joint pretrial order by 7 days, from March 7, 2025, to **March 14, 2025**, as they are very close in getting this case settled. The parties did represent in the fifth request that it was going to be the final request for an extension of the joint pre-trial order deadline, however the settlement negotiations have taken a little bit longer and the parties are not too far apart to get this case settled. The parties do hope that this will be the final request for an extension and that the case will settle next week. This request for an extension of time is not sought for any improper purpose including delay.

　　　Discovery closed in this matter on August 19, 2024. ECF No. 15. The joint pretrial order is currently due on March 7, 2025. However, due to the parties' continued work to get this case resolved which the parties believe they can accomplish, the parties in good faith request a 7-day extension of the joint pre-trial order deadline to try to resolve the case without further litigation.

The parties thus stipulate to extend the deadline for the joint pretrial order to March 14, 2025.

Respectfully submitted this 6th day of March 2025.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| */s/Joseph F. Schmitt*<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT / MAGISTRATE JUDGE**

DATED: March 6, 2025

2