1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar No. 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov

7  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Yolanda Donoho, individually, | Case No. 2:22-cv-02073-JCM-EJY |
|---|---|
| Plaintiff, | **Stipulation and Order to Extend Time for the United States to Reply in support of its Motion to Strike Plaintiff's Experts [ECF No. 16]** |
| v. | |
| United States of America, | |
| Defendant. | **(Fifth Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension from March 7, 2025, to March 14, 2025 of the deadline for the United States to file a reply in support of its Motion to Strike Plaintiff's Experts [ECF No. 16]. The parties' settlement negotiations are continuing and need the additional time to try to settle this case without further motion work. Accordingly, the parties, through counsel, respectfully request an extension of the United States's time to reply to **March 14, 2025**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This is the fifth request to extend the United States's time to reply in support of its Motion to Strike Plaintiff's Experts [ECF No. 16]. This stipulation is submitted in good faith and not for purpose of undue delay.

Respectfully submitted this 6th day of March 2025.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| /s/ Joseph F. Schmitt<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  March 6, 2025