Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 941-5138
E-mail: jschmitt@lernerandrowe.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA DONOHO, individually, | ) |
| | ) CASE NO.: 2:22-cv-02073-JCM-EJY |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER FOR** |
| UNITED STATES OF AMERICA, | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff YOLANDA DONOHO, by and through her attorney, Joseph F. Schmitt, Esq., of the law firm of Lerner & Rowe Injury Attorneys, and Defendant UNITED STATES OF AMERICA, by and through its attorney, Virginia T. Tomova, Esq., Assistant United States Attorney, that Case No. 2:22-cv-02073-JCM-EJY entitled *Yolanda Donoho v. United States of America*, is hereby dismissed with prejudice.

. . .

. . .

. . .

1

IT IS FURTHER STIPULATED that the parties shall each bear their own attorney's fees, costs, expenses, and any interest.

Respectfully submitted this 7th day of May, 2025.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | SIGAL CHATTAH<br>United States Attorney |
| */s/ Joseph F. Schmitt* | */s/ Virginia T. Tomova* |
| Joseph F. Schmitt, Esq.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** __May 9, 2025_____

2